# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JUDITH GARNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-00085-JCH |
| VENDTECH-SGI, LLC, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, in person and by her attorney, and Defendant, by its attorney, and Stipulate to the Dismissal of this matter, with Prejudice, with all parties to bear their own costs and attorney's fees.

Respectfully submitted,

_____
Judith Garner, Plaintiff

**KASPER LAW FIRM, LLC**

By /s/ Ryan Schellert
   Ryan Schellert
   3930 Old Highway 94 South, Suite 108
   St. Charles, MO 63304
   (636) 922-7100
   (866) 303-2874 [Fax]
   ryanschellert@kasperlawfirm.net

Attorneys for Plaintiff

Dated: 8/31, 2021

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By /s/ Robert W. Stewart
   Robert W. Stewart, #24870
   7700 Bonhomme Avenue, Suite 650
   St. Louis, Missouri 63105
   (314) 827-3427
   (314) 802-3936 [Fax]
   robert.stewart@ogletreedeakins.com

Attorneys for Defendant

Dated: August 31, 2021

**SO ORDERED:**


_____
UNITED STATES DISTRICT JUDGE